JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 584 -- In re Atlantic Financial Management, Inc.
                   Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84/01/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- A. G. Becker Paribas Inc. w/cert. of svc.<br>  SUGGESTED TRANSFEREE DISTRICT:  D. Massachusetts<br>  SUGGESTED TRANSFEREE JUDGE: ?                        (ds) |
| 4/02/02 | 2 | LETTER/RESPONSE -- signed by Alan B. Rubenstein for plaintiff Suzanne E. Scribner (cds) |
| 84/02/08 | 3 | LETTER (Re: A-16,17,18) -- Pltfs. Bruno Rossi, Gerald Holton & Benjamin Slomoff (emh) |
| 84/02/09 |  | APPEARANCES--DAVID R. SCHAEFER, ESQ. for Naugatuk Valley Radiological Associates, P.C. (A-1);MEREDITH PETERSON TUFTS, ESQ. for Margaret Hall Foundation, Inc., et al. (A-2); HAROLD W. POTTER, JR., ESQ. for Star Textile and Research Inc. Pension Plan for Salaried Employees (A-5); LAWRENCE G. CETRULO, ESQ. for George M. Berman (A-6); The Unitrode Profit Sharing Plan & Profit Sharing Trust Fund (A-7); Mark J. Waltch (A-10); Donna D. Berman (A-11); James P. Giblin (A-19); WILLIAM J. ROONEY JR. ESQ. for Charles Rosen, et al.(A-8) PAUL R. GUPTA ESQ. for Regis College (A-9); ALAN B. RUBENSTEIN, ESQ. for Suzanne E. Scribner (A-12); DAVID L. KLEBANOFF, ESQ. for Harriet Z. Klebanoff (A-13); SIDNEY WERLIN, ESQ. for Michael Holt Massey (A-14); GEORGE C. DEPTULA, ESQ. for Bruno Rossi(A-16); GEORGE C. DEPTULA, ESQ. for Benjamin Slomoff (A-17); ROBERT S. CARLSON, ESQ. for Stephen S. Draizin;   HENRY F. MINNEROP, ESQ. for A.G. Becker Paribas Inc.; (rh) |
| 84/02/09 |  | APPEARANCE -- LINDA L. RANDELL, ESQ. for Josephthal & Co., Inc. (ds) |
| 84/02/10 | 4 | RESPONSE -- Naugatuck Valley Radiological Associates, P.C., et al. -- w/cert. of service and Exhibit A (cds) |
| 84/02/16 |  | APPEARANCE -- FERNANDE R.V. DUFFLY, ESQ. for Ruth Mann Horowitz, et al.  (ds) |
| 84/02/16 | 5 | RESPONSE -- Josephthal & Co. -- w/cert. of service (cds) |
| 84/02/24 |  | HEARING ORDER -- Setting motion of A.G. Becker Paribas, Inc. to transfer action to D. Massachusetts -- in Birmingham, Alabama on March 29, 1984   (emh) |
| 84/02/27 |  | APPEARANCE:  Robert Half of Boston, Inc. Profit Sharing Plan & Trust, et al. (cds) |
| 84/02/27 | 6 | REPLY -- A.G. Becker Paribas, Inc. -- also letter requesting permission to file because of lateness -- w/cert. of svc. (emh) |

*p. 2*

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 584 -- In re Atlantic Fincancial Management, Inc.Securities
            Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/03/28 | | HEARING APPEARANCES:  JUDITH WELCOM, ESQ. for A.G. Becker Paribas, Inc.; DAVID R. SCHAEFER, ESQ. for Naugatuck Valley Radiological Associates, P.C., et al.  (cds) |
| 84/03/28 | | WAIVERS OF ORAL ARGUMENT:  Robert Half of Boston, Inc., et al.; George M. Berman, et al.; Charles & Elaine Rosen; Margaret Hall Foundation, Inc. and Lexington Cemetery Co.; Michael Holt Massey; Josephthal & Co., Inc.; Ruth Mann Horowitz, et al.; Harriet Z. Klebanoff; Star Textile Research Inc.Pension Plan; Stephen S. Draizin; Regis College; Thomas Bartee; Bruno Rossi, Benjamin Slomoff, Gerald J. Holton, et al.  (cds) |
| 84/07/16 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to Judge Walter Jay Skinner in D. Massachusetts  (cds) |
| 84/07/16 | | TRANSFER ORDER -- transferring A-1 to Judge Walter Jay Skinner in the District of Massachusetts -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND RECEPIENTS  (cds) |
| 85/08/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al., v. Paine, Webber, Jackson & Curtis, et al., D. Vermont, C.A. No. P-85-0184 FSB.; B-26 Stewart A. Smith Corp. Profit Sharing Trust, et al., v. Maurice Strong, et al., D. Vermont, C.A. No. P-85-0185 FSB.  Notified judges and counsel. (paa) |
| 85/09/04 | 7 | NOTICE OF OPPOSITION -- B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Vermont, C.A. No. P-85-0184 -- filed by defts. Paine Webber, Jackson & Curtis, Inc. w/svc. -- Notified involved counsel and judges.  (ds) |
| 85/09/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-26 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Maurice Strong, et al., D. Vermont, C.A. No. P-85-0185 -- Notified involved clerks and judges.  (ds) |
| 85/09/20 | 8 | MEMORANDUM -- PaineWebber Inc. w/cert. of svc.  (ds) (ACCEPTED AS MOTION TO VACATE CTO re: pldg. #7) |
| 85/10/07 | 9 | RESPONSE (to pldg. #8) -- pltf. Stewart A. Smith Corp. Profit Sharing Trust, et al. -- w/cert. of service  (cds) |
| 85/10/09 | 10 | REPLY/MEMORANDUM -- Paine Webber, Inc. w/cert. of svc.  (ds |

JPML FORM 1A

3

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 584 -- In re Atlantic Financial Management, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/10/17 | | HEARING ORDER -- Setting opposition Paine-Webber Inc., to transfer of B-25 -- Stewart A. Smith Corp. Profit Sharing Trust, et al., v. Paine, Webber, Jackson & Curtis, et al., for hearing 11/21/85 Portland, Oregon.  (paa) |
| 85/10/24 | 11 | SUPPLEMENTAL RESPONSE (to pldg. #10) -- pltfs. Stewart A. Smith Corp. Profit Sharing Trust, et al. -- w/cert. of service  (cds) |
| 85/11/20 | | WAIVERS OF ORAL ARGUMENT -- ALL PARTIES WAIVED  (CDS) |
| 85/11/27 | | TRANSFER ORDER -- transferring B-25 to Judge Walter Jay Skinner in the District of Massachusetts -- Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Vermont, C.A. No. P-85-0184. Notified involved Clerks, Judges & Counsel.  (paa) |
| 88/06/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-30 Robert Half of Boston, Inc. Restated Profit Sharing Plan and Trust, et al. v. Stephen S. Draizin, D. Connecticut, C.A. No. B-82-588 -- Notified involved counsel and judges (rh) |
| 88/07/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-30 Robert Half of Boston, Inc. Restated Profit Sharing Plan and Trust, et al. v. Stephen S. Draizin, D. Connecticut, C.A. No. B-82-588 -- Notified involved judges and clerks (rh) |
| 88/09/23 | 12 | SUGGESTION FOR REMAND -- A-1, B-25 and C-30 -- Signed by Judge Walter Jay Skinner in D. Massachusetts (rh) |
| 88/09/23 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-1 Naugatuck Valley Radiological Associates, P.C., et al. v. Robert DiIanni, et al., D. Massachusetts, C.A. No. 84-2328 (D. Conn., C.A. No. N-83-355); B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Masachusetts, C.A. No. 86-0075 (D. Vt., C.A. No. P-85-0184) and C-30 Robert Half of Boston, Inc. Restated Profit Sharing Plan & Trust, et al. v. Stephen S. Drazin, D. Massachusetts, C.A. No. MBD-88-815 (D. Conn., C.A. No. B-82-588) -- Notified involved counsel and judges (rh) |

JPML FORM 1A

B 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 584 --

| Date | Pldg. | Pleading Description |
|------|-------|---------------------|
| 88/10/12 | 13 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDERS -- Filed by Deft. Stephen S. Draizin -- A-1 Naugatuck Valley Radiological Associates, P.C., et al. v. Robert DiIanni, et al., D. Massachusetts, C.A. No. 84-2328 (D. Conn., C.A. No. N-83-355); B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Massachusetts, C.A. No. 86-0075 (D. Vt., C.A. No. P-85-0184 and C-30 Robert Half Boston, Inc. Restated Profit Sharing Plan & Trust, et al. v. Stephen S. Draizin, D. Massachusetts, C.A. No. MBD-88-815 (D. Conn., C.A. No. B-82-588) -- Notified involved counsel (rh) |
| 88/10/18 | 14 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- Filed by deft. Paine, Webber, Jackson & Curtis -- B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Massachusetts, C.A. No. 86-0075 (D. Vt., C.A. No. P-85-0184) -- Notified involved counsel and judge (rh) |
| 88/10/26 | 15 | LETTER -- (Withdraws of Notice of Opposition to CRO B-25, Pldg. #13) -- Filed by Deft. Stephen Draizin -- B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Mass., #86-0075 (D. Vt., #P-85-01843) (rh) |
| 88/10/27 | 16 | MOTION, BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Deft. Stephen S. Draizin -- A-1 Naugatuck Valley Radiological Associates, P.C., et al. v. Robert DiIanni, et al., D. Massachusetts, C.A. No. 84-2328 (D. Conn., C.A. No. N-83-355) -- w/Appendix and cert. of svc. (rh) |
| 88/11/02 | 17 | MOTION, BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by defts. PaineWebber Incorporated, successor to Paine, Webber, Jackson & Curtis, and John Verrochi -- B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Massachusetts, C.A. No. 86-0075 (D. Vt., C.A. No. P-85-0184) -- w/cert. of service (cds) |

Q. 5

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **584** -- __In re Atlantic Financial Management, Inc. Securities Litigation__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/11/03 | 18 | LETTER -- (withdraws Notice of Opposition to CRO, C-30, pldg. #13) Filed by Deft. Stephen S. Draizin (rh) |
| 88/11/03 | | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER -- C-30 Robert Half of Boston, Inc. Restated Profit Sharing Plan & Trust, et al. v. Stephen S. Draizin, D. Massachusetts, C.A. No. MBD-88-815 (D. Conn., C.A. No. B-82-588) -- Notified involved judge, clerk and counsel (rh) |
| 88/11/15 | 19 | RESPONSE (to Pldg. #17) -- pltfs. Stewart A. Smith Corp., et al. -- w/cert. of service  (cds) |
| 88/11/16 | 20 | RESPONSE (to Pldg. #16) -- Pltfs. Naugatuck ValleyRadiological Associates, P.C., et al.-- w/Brief and cert. of service  (cds) |
| 88/11/16 | 21 | RESPONSE (to Pldg. #16) -- deft. Josephthal & Co., Inc. -- w/cert. of service  (cds) |
| 88/11/23 | 22 | REPLY (to pldg. #19) -- defts. PaineWebber Inc. and John Verrochi -- w/cert. of service  (cds) |
| 88/12/13 | | HEARING ORDER -- setting oppositions of defendants Stephen S. Draizin, PaineWebber Incorporated and John Verrochi for remand of A1 and B-25, for Panel hearing on January 26, 1989 in Phoenix, Ariz.  (ds) |
| 89/01/09 | 23 | LETTER WITHDRAWING MOTION/BRIEF -- filed by Stephen S. Drazin re: pldg. #16  w/svc.  (ds) |
| 89/01/11 | | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER AND VACATING JANUARY 26, 1989 HEARING -- (A-1) Naugatuck Valley Radiological Associates, P.C., et al. v. Robert DiIanni, et al., D. Massachusetts, C.A. No. 84-2385-S (D. Conn., C.A. No. N-83-355) -- Notified involved judge, clerks and counsel (cds) |
| 89/01/25 | | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- ALL PARTIES WAIVED  (ds) |
| 89/02/01 | | REMAND ORDER -- remanding B-25 Stewart A. Smith Corp. Profit Sharing Trust, et al. v. Paine, Webber, Jackson & Curtis, et al., D. Massachusetts, C.A. No. 86-0075-S (D. Vermont, C.A. No. P-85-0184) -- Notified involved clerks, jduges and counsel.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 584 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ATLANTIC FINANCIAL MANAGEMENT, INC. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/16/84 | TO | | Massachusetts | Walter Jay Skinner | |

### Special Transferee Information

Mark Assad - 2239979
Docket Clerk

DATE CLOSED: 9/4/90

modified 6/21/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

6

DOCKET NO. 584 -- In re Atlantic Financial Management, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Naugatuck Valley Radiological Assoc. P.C., | D.Conn. Zampano | N-83-355 | 7/16/84 | 84-2328 | 1/11/89 R | |
| A-2 | Margaret Hall Foundation, Inc., et al. v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 82-2534-T | — — | — — | 5/8/89 D | |
| A-3 | Ruth Mann Horowitz, et al. v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 82-2745-T | — — | — | 8/30/88 D | |
| A-4 | Robert Half of Boston, Inc. Profit Sharing Plan & Trust, et al. v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 82-2962-T | | | 4/4/90 D | |
| A-5 | Star Textile & Research, Inc. Pension Plan for Salaried Employees, et al. v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 82-3330-T | | | 4/4/90 D | |
| A-6 | George M. Berman v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 83-0320-T | — — | — — | 8/30/88 D | |
| A-7 | The Unitrode Profit Sharing Plan & Profit Sharing Trust Fund v. Atlantic Financial Management, Inc. et al. | D.Mass. Tauro | 83-0321-T | — — | — — | 8/30/88 D | |
| A-8 | Charles Rosen, et al. v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 83-0360-T | — — | — — | 8/30/88 D | |
| A-9 | Regis College v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 83-0402-T | — — | — — | 8/30/88 D | |
| A-10 | Mark J. Waltch v. Atlantic Financial Management, Inc., et al. | D.Mass. Garrity | 83-1983-G | — — | — — | 8/30/88 D | |

JPML FORM 1 -- Continuation ⊛

Listing of Involved Actions -- p. 2

DOCKET NO. 584   --   In re Atlantic Financial Management, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Date of Dismissal | Transferee | Transfer Docket No. | Date | or Remand | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| A-11 | Donna D. Berman v. Atlantic Financial Management, Inc., et al. | D.Mass. Garrity | 83-1984-G | — | — | — | — | 8/30/88D | |
| A-12 | Suzanne E. Scribner v. Atlantic Financial Management, Inc., et al. | D.Mass. Caffrey | 83-2604-C | — | — | — | — | 8/30/88D | |
| A-13 | Harriet Z. Klebanoff v. Atlantic Financial Management, Inc., et al. | D.Mass. Tauro | 83-2215-T | — | — | — | — | 5/8/89D | |
| A-14 | Michael Holt Massey v. Atlantic Financial Management, Inc., et al. | D.Mass. Nelson | 83-2328-N | — | — | — | — | 8/30/88D | |
| A-15 | Thomas C. Bartee v. Atlantic Financial Management, Inc., et al. | D.Mass. Keeton | 83-4000-K | — | — | — | — | 8/30/88D | |
| A-16 | Bruno Rossi v. Maurice Strong, et al. | D.Mass. Skinner | 83-4031-S | — | — | — | — | 8/30/88D | |
| A-17 | Benjamin Slomoff v. Maurice Strong, et al. | D.Mass. Skinner | 83-4032-S | — | — | — | — | 8/30/88D | |
| A-18 | Gerald Holton, et al. v. Maurice Strong, et al. | D.Mass. McNaught | 83-4033-Mc | — | — | — | — | 8/30/88D | |
| A-19 | James P. Giblin, et al. v. Maurice Strong, et al. | D.Mass. Nelson | 83-4181-N | — | — | — | — | 8/30/88D | |
| XYZ-20 | Margaret Hall Foundation, Inc., et al. v. Maurice Strong, et al. | D. Mass | 84-405-N | — | — | — | — | 5/8/89D | |
| XYZ-21 | Michael Holt Massey v. Maurice Strong, et al. | D. Mass | 84-3033-S | — | — | — | — | 8/30/88D | |
| XYZ-22 | Sumner Feldberg v. Atlantic Financial Management, Inc., et al. | D. Mass | 84-3482-S | — | — | — | — | | |
| XYZ-23 | Sumner Feldberg v. Maurice Strong, et al. | D. Mass | 84-3483-S | — | — | — | — | | |
| XYZ-24 | Arthur Abelson, et al. v. Maurice Strong, et al. | D. Mass | 85-592-S | — | — | — | — | 5/8/89D | |

JBML FORM 1 -- Continuation ®

DOCKET NO. 584 __ In re Atlantic Financial Management, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-25 | Stewart A. Smith Corp. Profit Sharing Trust, et al., V. Paine, Webber, Jackson & Curtis, et al. (8/19/85) | D. VT Billings FSB | P-85-0184 | 11/27/85 | 86-0075 | 2/1/89 R | |
| B-26 | Stewart A. Smith Corp. Profit Sharing Trust, et al., v. Maurice Strong, et al Billings FSB (8/19/85) | D.VT. | P-85-0185 | 4-4-85 | 85-3556 | 8/30/88 D | |
| XYZ-27 | Sumner Feldberg v. Atlantic Financial Management, et al | D. Mass. | 84-3482-S | | | 9/19/85 D | |
| XYZ-28 | Sumner Feldberg v. Maurice Strong, et al. | D. Mass. | 84-3483-S | | | 9/19/85 D | |
| XYZ-29 | Arthur Abelson, et al. v. Maurice Strong, et al. | D. Mass. | 85-0592-S | — | — | — 5/8/89 D | |
| | *July 1986 - 2 TR/3 XYZ/2 Dis/2 Pdg.* | | | | | | |
| | *July 1987 - Same* | | | | | | |
| | *July 1988 - 2 Dis/25 Pdg.* | | | | | | |
| C-30 | Robert Half of Boston, Inc. Restated Profit Sharing Plan and Trust, et al. v. Stephen S. Draizin *6-23-88* | D.Conn. Daly | B-82-588 | 7-11-88 | | 11-3-88 R | |
| | *July 1989 - 1 TR/1 Rem/23 Dis/2 Pending* | | | | | | |
| | *July 1990 - Same* | | | | | | |
| | *July 1991 -* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>584</u> -- <u>In re Atlantic Financial Management, Inc. Securities</u>

<u>Litigation</u>

| LIAISON COUNSEL FOR PLAINTIFFS | LIAISON COUNSEL FOR DEFENDANTS |
|---|---|
| Lawrence G. Cetrulo, Esquire | John Gilmore, Esquire |
| Burns & Levinson | Hill & Barlow |
| 50 Milk Street | 225 Franklin Street |
| Boston, Mass.  02109 | Boston, Mass.  02110 |
| 617-451-3300 | 617-423-6200 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 584 -- In re Atlantic Financial Management, Inc. Securities Litigation

NAUGATUCK VALLEY RADIOLOGICAL
ASSOCIATES, P.C., ET AL. (A-1)
David R. Schaefer, Esq.
Brenner, Saltzman, Wallman
    & Goldman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507

*Remanded*

MARGARET HALL FOUNDATION, INC., ET AL.
(A-2)
Meredith Peterson Tufts, Esq.
Fine & Ambrogne
133 Federal Street
Boston, Massachusetts  02110

RUTH MANN HOROWITZ, ET AL. (A-3)

Fernande R.V. Duffly, Esq.
Warner & Stackpole
28 State Street
Boston, Mass.  02109

ROBERT HALF OF BOSTON, INC. PROFIT
SHARING PLAN & TRUST, ET AL. (A-4)
Stephen E. Neel, Esq.
Herrick & Smith
100 Federal Street
Boston, Mass.  02110

STAR TEXTILE & RESEARCH, INC. PENSION
PLAN FOR SALARIED EMPLOYEES (A-5)
Harold W. Potter, Jr., Esq.
Sherburne, Powers & Needham
One Beacon Street
Boston, MA  02108

GEORGE M. BERMAN (A-6)
THE UNITRODE PROFIT SHARING
    PLAN & PROFIT SHARING TRUST
    FUND  (A-7)
MARK J. WALTCH (A-10)
DONNA D. BERMAN (A-11)
JAMES P. GIBLIN, ET AL. (A-19)
Lawrence G. Cetrulo, Esq.
Burns & Levinson
50 Milk Street
Boston, Mass.  02109

CHARLES ROSEN, ET AL. (A-8)
William J. Rooney, Jr., Esq.
McCabe & Sidel
One Washington Mall
Boston, Mass.  02108

REGIS COLLEGE (A-9)
Paul R. Gupta, Esq.
Sherin and Lodgen
140 Federal Street
Boston, Mass.  02110

SUZANNE E. SCRIBNER (A-12)
Alan B. Rubenstein, Esq.
Rackemann, Sawyer & Brewster
28 State Street, 28th Floor
Boston, Mass.  02109

HARRIET Z. KLEBANOFF (A-13)
David L. Klebanoff,
57 North Crescent Circuit
Brighton, Mass.  02135

MICHAEL HOLT MASSEY (A-14)
Sidney Werlin, Esq.
Friedman & Atherton
28 State Street
Boston, Mass.  02109

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. ___584___ -- In re Atlantic Financial Management, Inc. Securities Lit.

THOMAS C. BARTEE (A-15)
Robert H. Bohn, Jr., Esq.
Gitlin, Emmer, Kaplan & Bohn
160 Milk Street
Boston, Mass.  02109

BRUNO ROSSI (A-16)
George C. Deptula, Esq.
Berlin, Clarey, Cohen & Green
73 Tremont Street
Boston, Mass.  02108

BENJAMIN SLOMOFF (A-17)
GERALD HOLTON, ET AL. (A-18)
George C. Deptula, Esq.
(address above)

STEPHEN S. DRAIZIN
Robert S. Carlson, Esq.
Spengler, Carlson, Gubar,
   Brodsky & Frischling
280 Park Avenue
New York, New York  10017

A.G. BECKER PARIBAS INC.
Henry F. Minnerop, Esq.
Brown, Wood, Ivey, Mitchell & Petty
One World Trade Center
New York, New York  10048

MAURICE STRONG*
AZL RESOURCES, INC.
SOCIETE GENERALE POUR L'ENERGIE
   ET LES RESOURCES (SOGENER)
CREDIT IMMOBILIER, S.A.
MEL P. MELSHEIMER*
LEONARD C. HENTSCH*
HERMAN W. VANLOO*
TOM F. MARSH*   Scot Spangler*

Jim Ackerman, Esquire
Day, Berry & Howard
1 Post Office Square
Boston, Mass.  02109

ATLANTIC FINANCIAL MANAGEMENT, INC.
FEDERAL ASSOCIATES LIMITED PARTNERSHIP
TUTON, DiIANNI & DRAIZIN, INC.
(No appearance received)
Edward Tuton
85 East India Row
Boston, Massachusetts  02110

EDWARD H. TUTON
Jeffrey B. Rudman, Esq.
Hale & Dorr
60 State Street
Boston, Massachusetts  02109
(No appearance)

JOSEPHTHAL & CO.
SUSAN S. HAMLIN
Sander A. Rikleen, Esquire
Rich, May, Bilodeau & Flaherty, P.C.
294 Washington Street
Boston, Massachusetts  02108

ROBERT DiIANNI
Robert DiIanni
One Boston Place
Suite 3100
Boston, Massachusetts  02108

AZL RESOURCES, INC.
SOCIETE GENERALE POUR
   L'ENERGIE
CREDIT IMMOGILIER, S.A.
(Unable to determine
   counsel or address)

JPML FORM 2A -- Continuation ⊕

DOCKET NO. _584_ -- _____

---

STEWART A. SMITH CORPORATION PROFIT
SHARING TRUST, ET AL. (B-25 (& 26)
R. Joseph O'Rourke, Esquire
Ryan, Smith & Carbine, Ltd.
P.O. Box 310
Rutland, Vermont  05701-0310


PAINE, WEBBER, JACKSON & CURTIS

William B. Darrow, Esq.
Gaston & Snow
One Federal Street
Boston, Massachusetts  02110


ROBERT HALF OF BOSTON, INC. RESTATED PROFIT
SHARING PLAN & TRUST, ET AL. (C-30)
Kathleen C. Stone, Esq.           *Remanded*
Robinson & Cole
One Commercial Plaza
Hartford, Connecticut  06103-3597

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___584___ -- In re Atlantic Financial Management, Inc.
                        Securities Litigation

| Name of Party | A-1   Named as Party in Following Actions |
|---|---|
| Atlantic Financial Management, Inc., | A-2, A-3, A-4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 B-25 ~~~~~~~~~~~~~~ |
| A-1; Maurice Strong | A-16, 17, 26 |
| | |
| Edward H. Tuton | A-2, A-3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 25; |
| Robert A. DiIanni | A-2, A-3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 25; |
| A-1; Stephen S. Draizin | A-2, A-3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 25; (-50) |
| A-1; A. G. Becker, Inc. | A-2, A-3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17 |
| Federal Associates Limited Partnership | A-1 |
| Susan Hamlin | A-1 |
| Josepthal & Co., Inc. | A-1 |
| Paine, Webber Jackson, Curtis | B-25 |

p. _____

| | |
|---|---|
| AZL Resources, Inc. | A-16, 17, 18, 19 26 |
| Credit Imolizer, S H. | A-16, 17, 18, 19 26 |
| Societe General (SOGENER) | A-16, 17 26 |
| Scot M. Spangler | A-16, 17, 18, 19 26 |
| Leonard Hentsch | A-16, 17, 18, 19 26 |
| Herman Van Loo | A-16, 17 26 |
| Tom Marsh | A-16, 17, 18, 19 26 |
| Mel P. Melsheimer | A-16, 17, 18, 19 26 |
| Tuton, DiIanni § Draizin, Inc. | A-1  A-2, A-3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 17 A-18, 19 |
| | A-18, 4, 19 |
| Societe Generale Pour d'Energie ET Les Resources | A-18, 19 |