JUDICIAL PANEL
MULTIDISTRICT LITIGATION
FILED

JUL 16 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 584

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ATLANTIC FINANCIAL MANAGEMENT, INC. SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of nineteen actions: one action in the District of Connecticut and eighteen actions in the District of Massachusetts. Now before the Panel is a motion by a defendant in the Connecticut action and in thirteen Massachusetts actions to transfer, pursuant to 28 U.S.C. §1407, the Connecticut action to the District of Massachusetts for coordinated or consolidated pretrial proceedings with the actions pending there. The Connecticut plaintiffs and one Connecticut defendant oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the District of Massachusetts will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions arise out of the purchase of shares of AZL Resources, Inc. on the advice of an investment firm, Atlantic Financial Management, Inc., through various broker-dealers in Connecticut and Massachusetts. Transfer under Section 1407 is necessary in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We conclude that the District of Massachusetts is the appropriate transferee forum for this litigation. We note that eighteen of the nineteen actions are pending there, that most of the defendants reside or have offices in Massachusetts, and that many witnesses and documents are likely to be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Connecticut be, and the same hereby is, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Walter Jay Skinner for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

MDL-584 -- In re Atlantic Financial Management, Inc. Securities Litigation

### District of Connecticut

Naugatuck Valley Radiological Associates, P.C., et al. v. Robert DiIanni, et al., C.A. No. N-83-355

### District of Massachusetts

Margaret Hall Foundation, Inc., et al. v. Atlantic Financial Management, Inc., et al., C.A. No. 82-2534-T

Ruth Mann Horowitz, et al. v. Atlantic Financial Management, Inc., et al., C.A. No. 83-2745-T

Robert Half of Boston, Inc. Profit Sharing Plan & Trust, et al. v. Atlantic Financial Management, Inc., et al., C.A. No. 82-2962-T

Star Textile & Research, Inc. Pension Plan for Salaried Employees, et al. v. Atlantic Financial Management, Inc., et al., C.A. No. 82-3330-T

George M. Berman v. Atlantic Financial Management, Inc., et al., C.A. No. 82-0320-T

The Unitrode Profit Sharing Plan & Profit Sharing Trust Fund v. Atlantic Financial Management, Inc., et al., C.A. No. 83-0321-T

Charles Rosen, et al. v. Atlantic Financial Management, Inc., et al., C.A. No. 83-0360-T

Regis College v. Atlantic Financial Management, Inc., et al., C.A. No. 83-0402-T

Mark J. Waltch v. Atlantic Financial Management, Inc., et al., C.A. No. 83-1983-G

Donna D. Berman v. Atlantic Financial Management, Inc., et al., C.A. No. 83-1984-G

Suzanne E. Scribner v. Atlantic Financial Management, Inc., et al., C.A. No. 83-2604-C

Harriet Z. Klebanoff v. Atlantic Financial Management, Inc., et al., C.A. No. 83-2215-T

Michael Holt Massey v. Atlantic Financial Management, Inc., et al., C.A. No. 83-2328-N

Thomas C. Bartee v. Atlantic Financial Management, Inc., et al., C.A. No. 83-4000-K

Bruno Rossi v. Maurice Strong, et al., C.A. No. 83-4031-S

Benjamin Slomoff v. Maurice Strong, et al., C.A. No. 83-4032

Gerald Holton, et al. v. Maurice Strong, et al., C.A. No. 83-4033-T

James P. Giblin, et al. v. Maurice Strong, et al., C.A. No. 83-4181-T